Mamie L. JACKSON, Plaintiff—
Appellant,

v.

BLUE CROSS AND BLUE SHIELD
OF SOUTH CAROLINA,
Defendant—Appellee.

No. 04–2283.

United States Court of Appeals,
Fourth Circuit.

Submitted June 8, 2005.

Decided July 8, 2005.

Mamie L. Jackson, Appellant pro se.
Vance J. Bettis, Derwood Lorraine Ayd-
lette, III, Christopher Wofford Johnson,
Gignilliat, Savitz & Bettis, Columbia,
South Carolina, for Appellee.

Before LUTTIG, MOTZ, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Mamie L. Jackson appeals the district
court's orders accepting the magistrate
judge's recommendation and dismissing
her employment discrimination action for
failure to comply with the court's prior

orders imposing sanctions and compelling
discovery.* We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *See Jackson v. Blue Cross
& Blue Shield of S.C.,* No. CA–03–1725–3
(D.S.C. filed June 23, 2004 & entered June
24, 2004; filed Aug. 3, 2004 & entered Aug.
4, 2004; filed Sept. 16, 2004 & entered
Sept. 17, 2004). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED*

---

* Jackson does not challenge on appeal the dis-
trict court's judgment in favor of Appellee on
its counterclaim and, therefore, has waived
appellate review of that issue. 4th Cir. R.
34(b) ("The Court will limit its review to the
issues raised in the informal brief.").